# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SPIRE MISSOURI INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-182 |
| SYMMETRY ENERGY SOLUTIONS, LLC | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE ON SYMMETRY'S MOTION TO DISMISS OR STAY

Plaintiff Spire Missouri Inc. ("Spire") and Defendant Symmetry Energy Solutions ("Symmetry"), by and through undersigned counsel, jointly move this Court to extend the briefing schedule regarding the motion to dismiss. Spire requests an extension up to and including June 22, 2021, to file its suggestions in opposition to Symmetry's motion to dismiss or stay, and Symmetry requests an extension up to and included July 14, 2021, to file its reply.

1. On March 22, 2021, Spire filed its original Complaint against Defendant Symmetry. (ECF 1).

2. On May 31, 2021, Defendant filed a motion to dismiss or stay this case. (ECF 15).

3. The deadline for Spire's suggestions in opposition to Symmetry's motion is currently due on June 14, 2021.

4. Given the complexity of the issues involved, Spire is in need of an additional eight days to file its suggestions in opposition.

5. Counsel for Spire consulted with Counsel for Defendant, and Counsel for Defendant consented to the eight day extension.

6. During the consultation, Counsel for Defendant also requested an additional eight days to file its reply, and Spire likewise consented to the requested extension.

7. This is the first extension of time requested by both Spire to file its suggestions in opposition and by Symmetry to file its reply.

8. The Parties' request for additional time is not made for the purpose of delay, and no party will be prejudiced by this Court's grant of the Parties' request.

WHEREFORE, the Parties' respectfully request this Court extend the deadlines for the briefing on the motion to dismiss by providing Spire additional time up to and including June 22, 2021, to file its motion in opposition and by providing Symmetry additional time up to and including July 14, 2021, to file its reply.

Dated: June 9, 2021                                    Respectfully submitted,

By: */s/ Joseph A. Fischer, III*
JACKSON WALKER L.L.P.
Joseph A. Fischer, III
Texas Bar No. 00789292
Email: tfischer@jw.com
Amy L. Baird
Texas Bar No. 24044090
abaird@jw.com
Richard A. Howell
Texas Bar No. 24056674
rahowell@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200

Patrick N. Fanning MO#47615
PEAK LITIGATION LLP
4900 Main Street, Ste. 160
Kansas City, Missouri 64112
Telephone: (816) 281-5404
pfanning@peaklitigation.com

*Attorneys for Defendant Symmetry Energy Solutions*

By: */s/ Gabriel E. Gore*
DOWD BENNETT LLP
Edward L. Dowd Jr. #28785
Gabriel E. Gore #45416
James Rehmann #61245
Rebecca McLaughlin #71969
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314)863-2111
edowd@dowdbennett.com
ggore@dowdbennett.com
jrehmann@dowdbennett.com
rmclaughlin@dowdbennett.com

*Attorneys for Plaintiff Spire Missouri Inc.*

**CERTIFICATE OF SERVICE**

      Undersigned counsel filed the foregoing motion on the 9th day of June, 2021, via the Court's CM/ECF system with an automatic service copy being sent to all counsel who have entered an appearance.

By: */s/ Gabriel E. Gore*