UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SPIRE MISSOURI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:21-cv-00182-DGK |
| v. ) | |
| ) | |
| SYMMETRY ENERGY SOLUTIONS, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Rule 83.2, Joseph A. Fischer, III, Amy L. Baird, and Richard A. Howell of Jackson Walker L.L.P., move the Court to allow them to withdraw as counsel of record for Defendant Symmetry Energy Solutions, LLC ("Symmetry"). There is good cause for the Court to grant undersigned counsel's motion because Symmetry will continue to be represented by its current counsel, Patrick N. Fanning of the law firm of PEAK Litigation LLP. Additionally, Margaret Tough, Katherine Sawyer, and Nathan Saper of Latham & Watkins LLP will submit their petitions for admission *pro hac vice* as additional counsel of record for Symmetry. Accordingly, Joseph A. Fischer, III, Amy L. Baird, and Richard A. Howell of Jackson Walker L.L.P. ask to be withdrawn and relieved from further responsibility in this case.

SIGNED and DATED this 9th day of July, 2021.

                              Respectfully submitted,

                              */s/ Joseph A. Fischer, III*
                              JACKSON WALKER L.L.P.
                              Joseph A. Fischer, III, *pro hac vice*
                              Texas Bar No. 00789292
                              Email: tfischer@jw.com
                              Amy L. Baird, *pro hac vice*
                              Texas Bar No. 24044090
                              abaird@jw.com
                              Richard A. Howell, *pro hac vice*
                              Texas Bar No. 24056674
                              rahowell@jw.com
                              1401 McKinney Street, Suite 1900
                              Houston, Texas 77010
                              Telephone: (713) 752-4200

## CERTIFICATE OF SERVICE

Undersigned counsel filed the foregoing pleading on the 9th day of July, 2021 via the Court's CM/ECF system with an automatic service copy being sent to all counsel who have entered an appearance.

                              */s/ Patrick N. Fanning*
                              An Attorney for Defendant