# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, _____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri and Im not admitted to the Bar of this court, why I be counsel for the _____, in the case(s) listed below. I am aware that the local rules of this court require the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee is not signed up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

/s/ Patrick N. Fanning _____  _____
**Signature of Movant/Attorney**   **MO Bar Number**

___9_____   _____
**Date**   **Address**

_____   _____
**Phone**

### Affidavit of Proposed Admittee

I, _____, certify that I reside outside of the boundaries of the Western District of Missouri and Im not admitted to the Bar of this court. I am a member in good standing of the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule 5.07(b), I certify I am a member in good standing in all bars of which I am a member. I understand that if I am associated with a member of the bar of this court, I am subject to the same rules of practice and presentation of the cause filed below, and am subject to service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I register for CM/ECF, it will arrange with my Missouri co-counsel of papers served and filed in this case.

**Case Number(s):**   **Case Title(s):**
_____   _____
_____   _____
_____   _____

**Date:** _____   **Signature:** _[signature]_____

**State Bar of Residence & Bar Number:**   **Address:** _____
_____   _____

**Phone:** _____   **Email:** _____

Pursuant to W.D.M.O. Local Rule 5.07(b) a fee of $100 is required for each case in which the attorney is seeking admittance.