(Rev 3/13) Petition for Admission Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I_____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri request pursuant to Local Rule _____ and am authorized to practice in a United States District Court, but am not admitted to the Bar of this court, who will be counsel for_____, in the case(s) filed below. I am aware that the local rules of this court require the preparation and presentation of said case(s) and that I accept service of all papers served. I also understand and agree that if I am admitted pro hac vice, I will be responsible for notifying the CM/ECF filing us. I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____          _____
**Signature of Movant/Attorney**              **MO Bar Number**

_____          _____
**Date**                                   **Address**

_____          _____
**Phone**

### Affidavit of Proposed Admittee

I_____, certify that I reside outside of the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing of the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule: 5.07(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I am admitted pro hac vice, then movant bringing in this motion must participate in the preparation and presentation of the cause, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I change firms or my CM/ECF, I will arrange with my firm movant to keep me advised of papers served and filed in this case.

**Case Number(s):**                       **Case Title(s):**
_____          _____
_____          _____
_____          _____

**Date:** _____              **Signature:** _[signature]_

**State Bar of Residence & Bar Number:**   **Address:** _____
_____                     _____

**Phone:** _____              **Email:** _____

Pursuant to WDMO Local Rule: 5.07(h) a fee of $200 is required for each case in which the attorney is seeking admittance.