# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| SPIRE MISSOURI, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00182-DGK |
| | ) | |
| SYMMETRY ENERGY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

With the consent of the Honorable Douglas Harpool, and pursuant to Local Rule 83.9, this case is hereby transferred to Judge Harpool's docket for all further proceedings.

Dated:  August 23, 2021   /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT